IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPITAL FUNDING, LLC, | : | |
| | : | C.A. No. |
| Plaintiff, | : | |
| | : | |
| v. | : | [Related to Delaware Superior |
| | : | Court C.A. No. N24C-07-104 PRW] |
| MENACHEM TRESS AND ELIMELECH TRESS, | : | |
| | : | |
| Defendants, | : | |

## NOTICE OF REMOVAL

Defendants Menachem Tress and Elimelech Tress by their undersigned counsel, hereby removes the civil action captioned *Capital Funding, LLC v. Menachem Tress and Elimelech Tress*, C.A. No. N24C-07-104, filed on July 11, 2024 in the Delaware Superior Court (the "State Court Action") to this Court pursuant to 28 *U.S.C.* § 1441. Copies of the process and pleadings served on Defendants in the State Court Action, including a copy of the complaint (the "Complaint"), are attached as Exhibit A.

## BACKGROUND

1. On June 21, 2024, Plaintiff Capital Funding, LLC ("Capital") commenced this action against Defendants in Delaware Superior Court.

2. Defendants have not yet been served and file this notice of removal within the 30-day time period provided by 28 *U.S.C.* § 1446(b).

3. The claims set forth in the Complaint allegedly arise out of a guaranty. Capital alleges Defendants are in breach of a guaranty of $4,750,000 associated with a Loan Agreement

1

for the purchase of an apartment complex in Wilmington, Delaware. The Complaint asserts one claim for Breach of Amended and Restated Limited Guaranty.

4. Such claim is false. Indeed, Defendants will be filing counterclaims against Capital demonstrating that there was no default under the Loan Agreement and that it is Capital who is the breaching party in this matter. Defendants will also demonstrate that the guarantee is unenforceable as it was procured through duress and other wrongdoing by Capital. Thus, Capital is not entitled to enforce the guarantee.

5. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); 28 U.S.C. § 1441(b). As set forth below, Capital is a citizen of the state of Maryland and Defendants are citizens of New Jersey.

6. Capital's sole member is CFG Bank, a Maryland state-chartered bank. CFG Bank's principal place of business is located at 1422 Clarkview Road, Baltimore, MD 21209.

7. Defendant Menachem Tress is a citizen of New Jersey.

8. Defendant Elimelech Tress is a citizen of New Jersey.

9. Based on the damages expressly sought in the State Court Action—$4,750,000 plus continuing interest, costs allowed by law, and reasonable attorney's fees—it is facially apparent that the amount in controversy exceeds $75,000.

## THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE MET

10. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1441(b), as it is filed within 30 days after Defendants received a copy of "the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

11.     Defendants have not yet filed a responsive pleading.  *See* Docket Entries, included in Exhibit A.  Defendants hereby reserve all rights to assert any and all defenses and counterclaims.  Galloway further reserves the right to amend or supplement this Notice of Removal.

12.     Copies of all pleadings, process, orders, and other filings in the State Court Action are attached to this notice as required by 28 *U.S.C.* § 1446(a).

13.     Defendants will promptly file a copy of this notice of removal with the clerk of the Delaware Superior Court where the suit has been pending.  *See* 28 *U.S.C.* §§ 1446(a), (d).

## CONCLUSION

14.     Based on all the foregoing, Defendants asks that the Court remove the State Court Action to the United States District Court for the District of Delaware pursuant to 28 *U.S.C.* §§ 1332 and 1441.

Dated:  July 26, 2024

**CHIPMAN BROWN CICERO & COLE, LLP**

OF COUNSEL:

Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
idahan@kslaw.com
P: 212.556.2114

Thaddeus D. Wilson
KING & SPALDING LLP
 1180 Peachtree Street, NE
Atlanta, GA 30309
thadwilson@kslaw.com
P: 404.572.4600

 */s/ Kelly E. Rowe*
Joseph Cicero (#4388)
Kelly E. Rowe (#6199)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
cicero@chipmanbrown.com
rowe@chipmanbrown.com

*Attorneys for Defendants*